**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  GARY J. GREENFIELD, JR.                                    Case Number: 07-70575
2606 OAK VALLEY DRIVE               SSN-xxx-xx-6725
SPRING GROVE, IL  60081

                                                                    Case filed on:      3/15/2007
                                                               Plan Confirmed on:
                                  U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,504.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | STATELINE LEGAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | STATE OF WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GARY J. GREENFIELD, JR. | 0.00 | 0.00 | 1,504.00 | 0.00 |
| 999 | GARY J. GREENFIELD, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,504.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 32,138.48 | 0.00 | 0.00 | 0.00 |
| 002 | DRIVE FINANCIAL SERVICES | 38,083.78 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 70,222.26 | 0.00 | 0.00 | 0.00 |
| 004 | PROFESSIONAL PLACEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | SHELL OIL / CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CASSAUNDRA GREENFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 70,222.26 | 0.00 | 1,504.00 | 0.00 |

Total Paid Claimant:     $1,504.00
Trustee Allowance:       $0.00              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  09/27/2007            By  /s/Heather M. Fagan